Exhibit B

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION
 3
     ONLY THE FIRST, LTD.,      )
 4                              )
           Plaintiff,    )
 5                              )
         -vs-            )
 6                              )
     SEIKO EPSON CORPORATION,   )
 7                              )
           Defendant.    )
 8   _____)   No. 07-CV-1333
                                )
 9   SEIKO EPSON CORPORATION,   )
                                )
10      Counter-Plaintiff,   )
                                )
11         -vs-          )
                                )
12   ONLY THE FIRST, LTD.,      )
                                )
13      Counter-Defendant.   )
14
15        Videotaped deposition of ONLY THE FIRST, LTD.,
16   by MICHAEL WILCOX taken before TRACY L. BLASZAK, CSR,
17   CRR, and Notary Public, pursuant to the Federal Rules of
18   Civil Procedure for the United States District Courts
19   pertaining to the taking of depositions, at Suite 4500,
20   181 West Madison Street, in the City of Chicago, Cook
21   County, Illinois at 9:06 a.m. on the 30th day of July,
22   A.D., 2008.
23
24
25
```

1    A   It was in Bristol.

2    Q   And with reference to the ink cartridges, do you

3    still have the original packaging that all of the ink

4    cartridges came in?

5    A   I don't know.

6    Q   Do you know where the packaging is currently?

7    MR. MEGLEY:  Objection, asked and answered.

8    THE WITNESS:  No, I don't.

9    MR. BENSON:  Q   Referring to the second document

10   marked 2008 at the top, is that also your handwriting at

11   the top of the page or I should ask, is that your

12   handwriting at the top of both pages?

13   MR. MEGLEY:  Object on form grounds.

14   THE WITNESS:  It appears to be.

15   MR. BENSON:  Q   And as with the 2007 document,

16   the -- each of the columns on the 2008 document

17   represents one of the inks from one of the accused ink

18   cartridges used with the R800 printer, is that correct?

19   A   It is.

20   Q   Now, it appears to my untrained eye that the two

21   columns marked M underneath in these two samples, they

22   appear to be a little different in color.  Again, that's

23   only my perception, and I realize perceptions differ.

24      Do those colors look identical to you?  And I'm

25   referring, again, to the two columns with the M

1  underneath.

2  A  They do look different.

3  Q  Do you have any explanation as to why they

4  appear differently?

5  A  I believe you're asking the wrong person that

6  question.

7  Q  I'm asking for your understanding. Do you have

8  any explanation as to why these two colors marked M for

9  magenta appear differently?

10  A  Well, as I don't know the pigments we used in

11  either of these, I really don't know if the pigmentation

12  was changed from 2007 to 2008 to cause that change. I

13  don't know this, I cannot give a reason because I'm not

14  in a position to, to explain why the colors appear

15  different.

16  Q  I'd like to ask the same question as to the two

17  columns marked with a C underneath which you testified

18  earlier was for cyan.

19  Do those two colors appear identical to you or

20  do they appear different?

21  A  Yes, they do appear different.

22  Q  Do you have any explanation as to why those two

23  colors appear different?

24  A  As is the case with the two versions of the

25  magenta, I believe you're asking the wrong person.

1    Q  Does that mean you don't have an explanation

2    personally or that OTF does not have an explanation?

3    A  I would be in a better position to offer an

4    explanation if I knew what pigments were used in the

5    2007 cyan and whether or not the pigmentation had been

6    changed for the cyan in the 2008 samples.

7         I also don't know the pigments that we used

8    whether they're the same or whether they were changed to

9    give this difference.  I'm not in a position to answer

10   that.  I'm not the manufacturer.

11   Q  Referring to the columns for yellow, red, and

12   blue, do those -- let me ask about yellow first.  Do the

13   two yellow color samples appear the same or different to

14   you?

15   A  I can't answer that.

16   Q  And why is that?

17   A  I think it's possibly because the two yellows

18   are flanked on the left by two different magentas.  And

19   I think there is a possibility that as they're both in

20   my field of vision, that it's changing my perception of

21   the yellow.  I can't be certain that they're the same.

22   Q  Okay.  Then we have some extra pieces of paper

23   here.  I would ask you, then, to cover up the adjacent

24   columns that are causing the potential difficulty and

25   then compare the two yellows.  You can use any of these

1  additional pieces of paper that we have here that might

2  be helpful. You may use my copies and fold them if that

3  would help you.

4     A  I actually can't be certain because my eyesight

5  isn't as reliable as maybe it should be, but looking

6  from one to the other, although it varies every now and

7  then, the 2007 sample seems to be slightly greener, but

8  that isn't constant. So I actually -- as with comparing

9  any two colors, it's not something anybody could be

10 certain of.

11       Maybe if I cut these up and put them side by

12 side one over the other, I'd have a better chance

13 because that is, actually, the only way anybody ever can

14 be certain, reasonably certain that they're looking at

15 the same color. There is too many other influences that

16 do become involved.

17    Q  Sure. What about the two red columns, if you

18 could put the two red columns next to each other, do the

19 two samples of red from 2007 and 2008 appear any

20 different to you, or do they appear to be identical

21 colors?

22    A  Again, I can't be certain in these conditions,

23 which are far from ideal when it comes to deciding

24 whether a color is same or similar, it's impossible

25 because to do this accurately, I'd want to give accurate

 1   testimony, I would need a viewing booth, which is a

 2   booth of a medium gray to a certain standard and with

 3   the correct lighting and then the colors would have to

 4   be cut, placed one against the other for me to be in a

 5   position to say I'm reasonably certain.

 6       In these conditions I cannot be certain, and I

 7   don't feel that anybody with an appreciation of this

 8   subject would be able to do either.

 9   Q   What about the two blue columns, the sample from

10   2007 and the sample from 2008, do those appear to be the

11   same to you or different?

12   A   Again, if I could be provided with a proper

13   viewing booth and was able to cut these and place them

14   side by side, I would be in a better position to answer

15   the question.

16       At the moment I really can't say, and I don't

17   think anybody could actually say for certain that they

18   are the same or there are differences.

19       And this is well-known in color science that

20   this actually can't be done.

21   Q   Looking at the yellow sample on the 2008

22   document, does that yellow appear to you to be a

23   green-yellow or an orange-yellow?

24   MR. MEGLEY:  Objection to the extent it calls for a

25   legal conclusion.

1    You can answer.

2    THE WITNESS: Without taking a reading of the two

3    samples, I couldn't be certain.

4        The nearest I could get to would be to say that

5    in my experience they appear that they could possibly be

6    a green-yellow. In my experience, I would say they

7    appear, although I cannot be certain, they appear to be

8    more of a green-yellow than an orange-yellow.

9        But, as I said, in these circumstances without

10   a proper viewing booth, all I can do is say what appears

11   to me in a -- what has to be a general way because these

12   are not the right conditions to look at colors.

13   MR. BENSON: Q   When you say without taking a

14   reading, what do you mean by that?

15   A   I mean by that without taking a reading --

16   without taking a spectrographic reading.

17   Q   How did you create these two test samples?

18   MR. MEGLEY: Objection, asked and answered.

19   THE WITNESS: I used my R800 Epson printer.

20   MR. BENSON: Q   And what did you print -- Well,

21   strike that.

22       From where did you obtain the document or

23   program that you printed using the R800 printer?

24   A   I downloaded the program from the Internet.

25   Q   What web site did you download it from?